Ronald E. RICHARDSON, Appellant,

v.

STATE of Missouri, Respondent.

WD 78540

Missouri Court of Appeals,
Western District.

ORDER FILED: JULY 19, 2016

Ellen H. Flottman, Columbia, MO, Counsel for Appellant

Evan Joseph Buchheim, Jefferson City, MO, Counsel for Respondent

Before Division Three: Gary D. Witt, P.J., James E. Welsh, Anthony Rex Gabbert, JJ.

## ORDER

Per Curiam:

Ronald E. Richardson appeals the circuit court's denial of his Rule 29.15 motion for post-conviction relief after an evidentiary hearing. We affirm. Rule 84.16(b).

■

STATE of Missouri, Respondent,

v.

Jason D. WRIGHT, Appellant.

WD 78005

Missouri Court of Appeals,
Western District.

ORDER FILED: JULY 19, 2016

Susan Lynn Hogan, Kansas City, MO, Counsel for Appellant

Robert J. Bartholomew, Jefferson City, MO Counsel for Respondent

Before Division Three: Gary D. Witt, P.J., James E. Welsh, Anthony Rex Gabbert, JJ.

## ORDER

Per Curiam:

Jason D. Wright appeals the circuit court's judgment entered upon a jury verdict convicting him of two counts of statutory sodomy in the first degree, Section 566.062, RSMo. Cum. Supp. 2013, and one count of statutory sodomy in the second degree, Section 566.064, RSMo. Cum. Supp. 2000. We affirm. Rule 30.25(b).